IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORNELIUS FABIAN EDRINGTON, | ) | |
| Petitioner | ) | C.A. No. 25-93 Erie |
| | ) | |
| vs. | ) | District Judge Susan Paradise Baxter |
| | ) | Chief Magistrate Judge Richard A. Lanzillo |
| WARDEN, FCI-MCKEAN, | ) | |
| Respondent. | ) | |

**MEMORANDUM ORDER**

This action for habeas corpus relief pursuant to 28 U.S.C. § 2241 was initiated by Petitioner on April 7, 2025. The petition was referred to United States Chief Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

At the time he filed his habeas petition, Petitioner was in the custody of the Federal Bureau of Prisons ("BOP") at the Federal Correctional Institution at McKean in Bradford, Pennsylvania, and was seeking a transfer to a Residential Reentry Management Center ("RRM") [ECF No. 1].

On August 26, 2025, Respondent filed a Notice of Suggestion of Mootness [ECF No. 6], with an attached Inmate Locator sheet indicating that Petitioner was placed in an RRM as requested, and is now housed at the Cincinnati RRM. (ECF No. 6-1). As a result, on April 14, 2026, Chief Magistrate Judge Lanzillo issued a Report and Recommendation ("R&R") recommending that this action be dismissed as moot. [ECF No. 8]. No timely objections to the R&R have been filed.

Thus, after *de novo* review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 12th day of May, 2026,

IT IS HEREBY ORDERED that the within petition for a writ of habeas corpus is DISMISSED as moot, with prejudice, and the report and recommendation of Chief Magistrate Judge Lanzillo, issued on April 14, 2026 [ECF No. 8], is adopted as the opinion of this Court. As there are no further matters pending before the Court relative to the instant petition, the Clerk is directed to mark this case "CLOSED."

SUSAN PARADISE BAXTER
United States District Judge

cc:    The Honorable Richard A. Lanzillo
Chief United States Magistrate Judge

All parties of record